```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

```
FIRST MATLOCK L.L.C.            §
                                §
VS.                             §     ACTION NO. 4:17-CV-495-Y
                                §
NATIONWIDE PROPERTY & CASUALTY  §
INSURANCE COMPANY, ET AL.       §
```

ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
(With Special Instructions to the Clerk of the Court)

Pending before the Court is the motion of defendant Nationwide Property and Casualty Insurance Company to Abate and Stay Proceedings Pending Completion of Appraisal (doc. 15).[1]  After review of the motion, the Court concludes that it should be and hereby is GRANTED. This case is hereby STAYED pending the appraisal process provided for in the insurance policy at issue.

In an effort to manage this Court's docket more efficiently, the above-styled and numbered cause should be and is hereby ADMINISTRATIVELY CLOSED. The clerk of the Court shall note this closing on the Court's docket.  The case may be reopened, without prejudice, upon the motion of either party after the completion of the appraisal process. <u>The right to move for reopening of this case shall continue until thirty (30) days after a final decision is made by any two of the appraisers and/or umpire.</u> *See Prior Products, Inc. v. Southwest Wheel-NCL Co.*, 805 F.2d 543 (5th Cir. 1986).

SIGNED October 26, 2017.

*[signature]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive an **electronic** proposed order with the motion. Counsel are reminded that all motions require an electronic proposed order and that providing one generally expedites the Court's consideration of the motion to which the order pertains.  *See* N.D. TEX. L. CIV. R. 7.1(c); ECF Admin. Procedures Manual at 3, ¶ II(F).